FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0515

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. OP 22-0515

INGE RUDBACH,

        Petitioner,

v.

TWENTY-FIRST JUDICIAL DISTRICT
COURT, RAVALLI COUNTY,
HONORABLE JENNIFER B. LINT,
Presiding,

        Respondent.

**ORDER GRANTING
EXTENSION OF TIME**

Upon Travis and Jodie Spencer's Unopposed Motion for Extension of Time to File Response Brief, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the Spencers shall have up to and including November 21, 2022, by which they may file their Response to Inge Rudbach's Petition for Writ of Supervisory Control.

ELECTRONICALLY SIGNED AND DATED AS INDICATED BELOW

Order

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022